## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| **RACINE WILLIAMS & JAPHETH WARNER, individually, and on behalf of all others similarly situated,** | |
| **Plaintiffs,** | **Case No. 2:18-CV-02091-CM-TJJ** |
| **v.** | |
| **LINEAGE LOGISTICS, LLC,** | |
| **Defendants.** | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE, that Plaintiffs Racine Williams and Japheth Warner, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby dismiss this action without prejudice.

Dated: July 3, 2018

Respectfully submitted,

**OSMAN & SMAY LLP**

| */s/ Matthew E. Osman* | */s/ Kathryn S. Rickley* |
|---|---|
| Matthew E. Osman     KS # 23563 <br> 8500 W. 110th St., Ste. 330 <br> Overland Park, KS 66210 <br> mosman@workerwagerights.com <br> Tel: (913) 667-9243 <br> Fax: (866) 470-9243 | Kathryn S. Rickley     KS # 23211 <br> 8500 W. 110th St., Ste. 330 <br> Overland Park, KS 66210 <br> krickley@workerwagerights.com <br> Tel: (913) 667-9243 <br> Fax: (866) 470-9243 |

**ATTORNEYS FOR PLAINTIFFS**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on July 3, 2018, Plaintiff served the above and foregoing in accordance with the Federal Rules of Civil Procedure and/or the Local Rules upon the following parties via CM/ECF:

Daniel B. Boatright
Uzo Nwonwu
LITTLER MENDELSON, P.C.
1201 Walnut, Suite 1450
Kansas City, MO 64106
dboatright@littler.com
**ATTORNEY FOR DEFENDANTS**

s/ Matthew E. Osman
ATTORNEY FOR PLAINTIFF